UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CIVIL ACTION NO. 07-211-JBC

KAREN M. JONES,                                                                                       PLAINTIFF,

V.                                          **JUDGMENT**

MICHAEL ASTRUE,
SOCIAL SECURITY ADMINISTRATION,                                                  DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

The court, having granted the Commissioner's motion for summary judgment and having denied the plaintiff's motion for summary judgment, enters **JUDGMENT** in favor of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on  January 5, 2009

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY